MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MORGAN WENCY VENTURA-SANCHEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> MORGAN WENCY VENTURA-SANCHEZ,) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No.: 1:20-cr-00162-DAD-BAM <br><br> STIPULATION TO AMEND CONDITIONS OF RELEASE AND ORDER THEREON <br><br> Division: Eastern District, Fresno <br> Date: March 24, 2021 <br> Time: 1:00 p.m. |

IT IS HEREBY STIPULATED by and between Justin J. Giglio, Assistant United States Attorney, and, Defendant, MORGAN WENCY VENTURA-SANCHEZ ("Mr. Ventura"), by and through his Attorney of Record, Michael Mitchell, that Defendant is graduating from WestCare on February 1, 2021 and he will reside with his father-figure, John Silva (third-party custodian). Therefore, the following Conditions of Release section (g) shall be amended to reflect **Not possess or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all**

///

///

///

**firearms/ammunition, currently under your control.  Additionally, all firearms currently owned by Mr. Silva must be secured in a firearm safe at his residence and you shall not have access to this firearm safe.**

DATED: February 1, 2021           /s/ Michael E. Mitchell_____
                                  Michael E. Mitchell Attorney for Defendant
                                  MORGAN WENCY VENTURA-SANCHEZ

DATED: February 1, 2021           /s/ Justin J. Giglio_____
                                  Justin J. Giglio, Assistant United States
                                  Attorney

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to amend the Conditions of Release section (g) be granted to reflect the following:

> **Defendant shall not possess or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control. Additionally, all firearms currently owned by Mr. Silva must be secured in a firearm safe at his residence and you shall not have access to this firearm safe.**

IT IS SO ORDERED.

Dated:   **February 1, 2021**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE