MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MORGAN WENCY VENTURA-SANCHEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MORGAN WENCY VENTURA-SANCHEZ,) <br> ) <br> Defendant. ) <br> ) <br> _____) | Case No.: 1:20-cr-00162-DAD-BAM <br><br> STIPULATION TO AMEND CONDITIONS OF RELEASE AND ORDER THEREON <br><br> Division: Eastern District, Fresno <br> Magistrate: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between Justin J. Gilio, Assistant United States Attorney, and Defendant, MORGAN WENCY VENTURA-SANCHEZ ("Mr. Ventura"), by and through his Attorney of Record, Michael Mitchell, that certain Conditions of Release should be amended, specifically, the home detention and no cellular device portion of the Conditions of Release.

On November 2, 2020, Mr. Ventura-Sanchez was released on Pretrial Supervision into the third-party custody of his godfather, pursuant to posting a $300,000 collateral bond and surrendering his passport. He was released to WestCare for a 90-day residential substance abuse treatment program, with Location Monitoring upon his successful completion of the residential program at WestCare, with Home Detention.

On February 1, 2021, he successfully completed the WestCare residential program and was immediately placed on the Location Monitoring Program. Since that time, he has been amenable to all required Court appearances; however, due to the COVID-19 pandemic, all Court appearances have been virtual. He is currently scheduled for a sentencing on October 4, 2021 at 10:00 a.m.

Pre-trial services in agreement with the proposed changes to the Conditions of Release, due to the fact, that Mr. Ventura-Sanchez, has made all required Court appearances, has participated in substance abuse treatment and testing with no positive drug tests, has maintained a stable residence with his third-party custodian, has not had any new arrests or citations by law enforcement, and has complied with all rules and regulations of Pretrial Services. He also secured employment at Vallarta Supermarkets.

Pretrial Services is recommending that Mr. Ventura-Sanchez be allowed to have his own cellular phone so he can communicate with his employer. Pretrial services reports that Mr. Ventura-Sanchez's third-party custodian agrees with this change.

Pretrial Services is also recommending reducing home detention to curfew.

Accordingly, the following stipulation has been made to change the following Conditions of Release.

**Condition 7(f) will be amended to state as follows:**

**You must not possess any communication device other than the cell phone, pre-approved by Pretrial Services, which may only be used for communication with defense counsel, the Pretrial Services agency, treatment providers, and for other purposes specifically approved by the supervising Pretrial Services Officer.**

*///*
*///*
*///*
*///*
*///*
*///*

**Condition 7(q) will remove Home Detention and be amended follows:**

**CURFEW: You must remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

**All other Conditions of Release, not modified herein, will remain in full force and effect.**

DATED: May 10, 2021 /s/ Michael E. Mitchell
Michael E. Mitchell Attorney for Defendant
MORGAN WENCY VENTURA-SANCHEZ

DATED: May 10, 2021 /s/ Justin J. Gilio
Justin J. Gilio, Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to amend the Conditions of Release be granted as follows:

**Condition 7(f) will be amended to state as follows:**

**You must not possess any communication device other than the cell phone, pre-approved by Pretrial Services, which may only be used for communication with defense counsel, the Pretrial Services agency, treatment providers, and for other purposes specifically approved by the supervising Pretrial Services Officer.**

**Condition 7(q) will be amended to remove Home Detention and be amended follows:**

**CURFEW: You must remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.**

All other Conditions of Release, not modified by this order, will remain in full force and effect.

IT IS SO ORDERED.

Dated: __**May 10, 2021**__

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE