MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MORGAN WENCY VENTURA-SANCHEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:20-cr-00162-DAD-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO AMEND CONDITIONS |
| ) | OF RELEASE AND ORDER THEREON |
| vs. ) | |
| ) | Division: Eastern District, Fresno |
| ) | Magistrate: Hon. Barbara A. McAuliffe |
| ) | |
| MORGAN WENCY VENTURA-SANCHEZ,) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between Justin J. Gilio, Assistant United States Attorney, and Defendant, MORGAN WENCY VENTURA-SANCHEZ ("Mr. Ventura"), by and through his Attorney of Record, Michael Mitchell, that certain Conditions of Release should be amended, specifically, the home detention and no cellular device portion of the Conditions of Release.

   On November 2, 2020, Mr. Ventura-Sanchez was released on Pretrial Supervision into the third-party custody of his godfather, pursuant to posting a $300,000 collateral bond and surrendering his passport. He was released to WestCare for a 90-day residential substance abuse treatment program, with Location Monitoring upon his successful completion of the residential program at WestCare, with Home Detention.

On February 1, 2021, he successfully completed the WestCare residential program and was immediately placed on the Location Monitoring Program. Since that time, he has been amenable to all required Court appearances; however, due to the COVID-19 pandemic, all Court appearances have been virtual.  He is currently scheduled for a sentencing on October 4, 2021 at 10:00 a.m.

Pre-trial services in agreement with the proposed changes to the Conditions of Release, due to the fact, that Mr. Ventura-Sanchez, has made all required Court appearances, has participated in substance abuse treatment and testing with no positive drug tests, has maintained a stable residence with his third-party custodian, has not had any new arrests or citations by law enforcement, and has complied with all rules and regulations of Pretrial Services. He also secured employment at Vallarta Supermarkets.  Mr. Ventura-Sanchez has completed the 90 days on the curfew component as of August 11, 2021.

Mr. Ventura-Sanchez is now employed full time with Vallarta Supermarkets and has remained in full compliance with all of his conditions of release and, especially fully adhering with the location monitoring program and the drug testing and individual counseling program rules. His third-party custodian reports no issues or concerns with Mr. Ventura-Sanchez.

Pretrial Services is, accordingly, recommending that Mr. Ventura-Sanchez be removed from location monitoring program as specified in condition 7(q) of the Conditions of Release.

**All other Conditions of Release, not modified herein, will remain in full force and effect.**

DATED: August 23, 2021                    /s/ Michael E. Mitchell_____
                                          Michael E. Mitchell Attorney for Defendant
                                          MORGAN WENCY VENTURA-SANCHEZ

DATED: August 23, 2021                    /s/ Justin J. Gilio_____
                                          Justin J. Gilio, Assistant United States Attorney

# ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to amend the Conditions of Release be granted as follows:

**Condition 7(q) will be amended to remove location monitoring.**

**All other Conditions of Release, not modified by this order, will remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **August 23, 2021**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE