MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MORGAN WENCY VENTURA-SANCHEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MORGAN WENCY VENTURA-SANCHEZ,<br><br>        Defendant. | Case No.: 1:20-cr-00162-DAD-BAM<br><br>STIPULATION TO AMEND CONDITIONS OF RELEASE AND ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Barbara A. McAuliffe |

    IT IS HEREBY STIPULATED by and between Justin J. Gilio, Assistant United States Attorney, and, Defendant, MORGAN WENCY VENTURA-SANCHEZ ("Mr. Ventura"), by and through his Attorney of Record, Michael Mitchell, that Mr. John Francis Silva ("Mr. Silva"), due to health-related issues, the third-party custodian, for Mr. Ventura can be released from custodianship for Mr. Ventura.

    Pretrial Services has reported that Mr. Ventura-Sanchez remains in compliance with all other conditions of release and has stated that it has no objection to the proposed modification.

///

///

Therefore, the following Conditions of Release, section (6), specifying that Mr. Ventura is under the custody and supervision of Mr. Silva, shall be removed. **All other Conditions of Release, not modified herein, will remain in full force and effect.**

DATED: October 14, 2021          /s/ Michael E. Mitchell
                                 Michael E. Mitchell Attorney for Defendant
                                 MORGAN WENCY VENTURA-SANCHEZ

DATED: October 14, 2021          /s/ Justin J. Gilio
                                 Justin J. Gilio, Assistant United States
                                 Attorney

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to remove Condition of Release section (6), that defendant is placed in the custody of John Francis Silva, be granted. **All other Conditions of Release, not modified herein, will remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **October 14, 2021**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE