MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MORGAN WENCY VENTURA-SANCHEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MORGAN WENCY VENTURA-SANCHEZ, <br><br> Defendant. | Case No.: 1:20-cr-00162-DAD-BAM <br><br> STIPULATION TO EXONERATE PROPERTY BOND; ORDER <br><br> Division: Eastern District, Fresno <br> Magistrate: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between Justin J. Gilio, Assistant United States Attorney, and Defendant, MORGAN WENCY VENTURA-SANCHEZ ("Mr. Ventura-Sanchez"), by and through his Attorney of Record, Michael Mitchell, that the $300,000 bond secured by equity in real property owned by Esperanza Marcela Sanchez ("Ms Sanchez") to secure the conditions of pretrial release for Mr. Ventura-Sanchez be exonerated and reconveyed to Ms. Sanchez.

On October 30, 2020, after a detention hearing, Magistrate Judge Barbara A. McAuliffe ordered that Mr. Ventura-Sanchez be released on a $300,000 bond secured by real property owned by Ms. Sanchez. (ECF No. 15.) The Clerk of the Court received a copy of the Deed of Trust and Original Straight Note on October 19, 2020. (ECF No. 12.)  The Clerk of the Court

also received the original Deed of Trust (No. 2020-0141468) on October 20, 2020. (ECF No. 14.)

Mr. Ventura-Sanchez was sentenced on October 8, 2021, and has remanded himself to the custody of the Federal Correctional Institution in Mendota, California to serve his sentence. His registration number is 79176-097.

DATED: January 3, 2022          /s/ Michael E. Mitchell
                                Michael E. Mitchell Attorney for Defendant
                                MORGAN WENCY VENTURA-SANCHEZ

DATED: January 3, 2022          /s/ Justin J. Gilio
                                Justin J. Gilio, Assistant United States Attorney

# O R D E R

The Court has received, reviewed, and considered the stipulation to exonerate the property bond.

The Court finds that Mr. Ventura-Sanchez remanded himself into custody following his sentencing pursuant to a $300,000 bond secured by the equity in real property owned by Esperanza Marcela Sanchez. The surety posted the property bond on October 20, 2020.

Good cause appearing therefor, the Court hereby orders that the Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to the surety, Esperanza Marcela Sanchez. The Clerk is further directed to mail the original Deed of Trust and all relevant documents to Esperanza Marcela Sanchez.

**IT IS SO ORDERED.**

DATED: 1/3/2022                 *Sheila K. Oberto*
                                Judge Sheila K. Oberto,
                                United States Magistrate Judge
                                Eastern District of California